UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 3:06 cr 98-S

18 U.S.C. § 2251(d)(1)(A)
18 U.S.C. § 2251(d)(2)(B)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

**JAMES TERRY MOORE**

The Grand Jury charges:

## COUNT 1

In or about and between March 2006 and June 2006, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JAMES TERRY MOORE**, knowingly caused to be made and published a notice and advertisement that was transported in interstate and foreign commerce, including by computer, seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, a visual depiction involving the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A), 2251(d)(2)(B), and 2251(e).

FILED
Jeffrey A. Apperson, Clerk
JUL 11 2006
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

The Grand Jury further charges:

## COUNT 2

On or about June 21, 2006, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JAMES TERRY MOORE**, knowingly possessed material that contained an image of child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer and that was produced using materials that had been mailed, shipped and transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), and 2252A(b)(2).

The Grand Jury further charges:

## COUNT 3

In or about and between March 2006 and June 2006, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JAMES TERRY MOORE**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), and 2252A(b)(1).

The Grand Jury further charges:

### COUNT 4

In or about and between March 2006 and June 2006, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JAMES TERRY MOORE**, knowingly received child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), and 2252A(b)(1).

The Grand Jury further charges:

### COUNT 5
(Forfeiture)

The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. § 2253.

From defendant's engagement in the violations alleged in Counts 1 through 4 of this Indictment, the defendant, **JAMES TERRY**

**MOORE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a)(3), all of his right, title, and interest in:

1. Emachine T1801 (computer) bearing serial number QCG16E0009415;

2. Computer Solutions (computer) with no serial number; and

3. All associated drives, software, peripherals, and visual depictions involving the use of minors engaging in sexually explicit conduct, as defined by 18 U.S.C. Section 2256(2), which were seized from the defendant, and which are contained on the computer.

Pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

_____
FOREPERSON

_____
DAVID L. HUBER
UNITED STATES ATTORNEY

DLH:JEL:060703

4

UNITED STATES OF AMERICA v. JAMES TERRY MOORE

## P E N A L T I E S

Count 1:  NL 15 yrs. NM 30 yrs./$250,000/both/Life Supervised Release
 (with prior conviction - NL 25 yrs. NM 50 yrs.)
 (with 2 prior convictions - NL 35 yrs. NM life)
Count 2:  NM 10 yrs./$250,000/both/Life Supervised Release
 (with prior conviction - NL 10 yrs. NM 20 yrs.)
Count 3:  NL 5 yrs. NM 20 yrs./$250,000/both/Life Supervised Release
 (with prior conviction - NL 15 yrs. NM 40 yrs.)
Count 4:  NL 5 yrs. NM 20 yrs./$250,000/both/Life Supervised Release
 (with prior conviction - NL 15 yrs. NM 40 yrs.)
Count 5:  Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual      Felony:  $100 per count/individual
              $125 per count/other                    $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

 1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

 2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

 3. Continuous **GARNISHMENT** may apply until your fine is paid.

 18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

> LOUISVILLE:      Clerk, U.S. District Court
>                  106 Gene Snyder U.S. Courthouse
>                  601 West Broadway
>                  Louisville, KY  40202
>                  502/625-3500
>
> BOWLING GREEN:   Clerk, U.S. District Court
>                  120 Federal Building
>                  241 East Main Street
>                  Bowling Green, KY  42101
>                  270/393-2500
>
> OWENSBORO:       Clerk, U.S. District Court
>                  126 Federal Building
>                  423 Frederica
>                  Owensboro, KY  42301
>                  270/689-4400
>
> PADUCAH:         Clerk, U.S. District Court
>                  127 Federal Building
>                  501 Broadway
>                  Paducah, KY  42001
>                  270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

vs.

JAMES TERRY MOORE

## INDICTMENT

Title 18, U.S.C. §§ 2251(d)(1)(A); 2251(d)(2)(B); 2251(e); 2252A(a)(5)(B); 2252A(b)(2); 2252A(a)(2); 2252A(b)(1); 2253:
Publishing and Advertising Child Pornography That Had Been Transported in Interstate Commerce, Including a Computer; Possessing Child Pornography That Had Been Mailed, Shipped and Transported in Interstate Commerce, Including a Computer; Distribution of Child Pornography That Had Been Mailed, Shipped and Transported in Interstate Commerce, Including a Computer; Receiving Child Pornography That Had Been Mailed, Shipped and Transported in Interstate Commerce, Including a Computer; Forfeiture.

FILED
Jeffrey A. Apperson, Clerk
JUL 1 1 2006
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

*A true bill.*

_____

_____
*Foreman*

*Filed in open court this* 11th *day,*

*of* July A.D. 2006.

_____
*Clerk*

*Bail, $*